**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,**

    Plaintiff,

**v.**                                                **CRIMINAL ACTION NO. 3:06-CR-55
(JUDGE GROH)**

**BERNARD MORRIS,**

    Defendant.

## ORDER DENYING MOTION FOR TERMINATION OF SUPERVISED RELEASE

On this day, the above-styled matter came before the Court for consideration of Defendant Bernard Morris' "Motion to Terminate Supervised Release" [Doc. 100] filed on March 25, 2014. This Court, upon considering the motion, finds that it should be **DENIED**.

In his motion, Defendant moves this Court to terminate his period of supervised release because he has complied with its terms and conditions thus far. Pursuant to 18 U.S.C. § 3583(e)(1), "the court may . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

In this case, Defendant's term of supervised release commenced on March 25, 2011 for a term of five years. As part of Defendant's conditions of supervised release, he was ordered to attend mental health counseling and sex offender specific counseling. Although the Court commends Defendant on his successful compliance with the terms of supervised

release, the Court finds that the full time period of supervised release is necessary to provide Defendant with needed correctional treatment and to afford adequate deterrence to further criminal conduct. Therefore, the Court does not find that early termination of Defendant's supervised release is in the interest of justice.

Accordingly, Defendant's Motion [Doc. 100] is **DENIED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to the defendant, counsel of record, and to the United States Probation Office.

**DATED:** March 25, 2014

_____
GINA M. GROH
UNITED STATES DISTRICT JUDGE